# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130106(39)(40)

DAIMLERCHRYSLER CORPORATION,
      Petitioner-Appellant,

v

MICHIGAN DEPARTMENT OF
TREASURY,
      Respondent-Appellee.
_____

SC: 130106
COA: 262518
MTT: 295872

      On order of the Chief Justice, motions by the parties to extend to August 4, 2006 the time for filing their supplemental briefs are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2006

_____
Clerk